DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CITY OF BOYNTON BEACH,**
Appellant,

v.

**PALM BEACH COUNTY POLICE BENEVOLENT ASSOCIATION,**
Appellee.

No. 4D2025-1584

[July 23, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John Joseph Parnofiello, Judge; L.T. Case No. 502024CA007798XXXAMB.

Alexis Fields and Seth Haimovitch of Kopelowitz Ostrow Ferguson Weiselberg Gilbert, Fort Lauderdale, for appellant.

Katie Mendoza, Lawrence Kenneth Fagan and Brennan Keeler of Palm Beach County PBA, Inc., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, KLINGENSMITH, JJ., and SCHWAB, CHARLES, Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***